IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JULISSA JIMENEZ, Personal Representative of ARMANDO JIMENEZ, JR., Deceased | § § § § | NO. 2:22-CV-01960 |
| | § | JUDGE NATTETTE J. BROWN |
| v. | § § | MAG. DONNA P. CURRAULT |
| GRAND ISLE SHIPYARD, LLC | § § | |

## JOINT STATUS REPORT

COME NOW, Plaintiff, Julissa Jimenez, and Defendant, Grand Isle Shipyard, LLC, by and through their respective counsel, and in accordance with the Scheduling Order, file their Joint Status Report, stating:

(1) A listing of all the parties and counsel who represent the parties.

 Counsel for Plaintiff Julissa Jimenez:
 Alfonso Kennard
 Ellen Sprovach
 KENNARD LAW, P.C.
 5120 Woodway Drive, Suite 10010
 Houston, Texas 77056

 Susannah McKinney
 BENNER & KRAUS LAW FIRM, LLC
 3640 Magazine Street
 New Orleans, Louisiana 70115

 Counsel for Defendant Grand Isle Shipyard, LLC:
 Allen D. Hemphill
 Kenneth G. Engerrand
 BROWN SIMS
 1177 West Loop South, 10th Floor
 Houston, Texas 77027

 Thear J. Lemoine
 BROWN SIMS
 365 Canal Street, Suite 2900
 New Orleans, Louisiana 70130

(2)   A listing of any motions pending for decision in the case, the date any motion was submitted for decision or is set for hearing, an indication of whether oral argument was previously or shall be requested on the motion, and an indication whether an evidentiary hearing shall be needed on the motion, such as in class certificate proceedings.

None.

(3)   The dates and times of any status conference, pretrial conference and trial set in the case; a statement as to whether the case is jury or non-jury; and the number of expected trial days.

There was a scheduling conference on August 10, 2022 at 3:30 p.m.
The final pretrial conference is set for August 24, 2023 at 2:00 p.m.
Trial is scheduled to commence on September 11, 2023 at 9:00 a.m.

This case is set for a jury trial. The parties estimate it will require three to four trial days.

(4)   A BRIEF description of the factual and legal issues underlying the dispute.

Plaintiff alleges she is the personal representative of Armando Jimenez ("Decedent"), and she alleges that Decedent contracted a fatal Covid-19 infection while working for Defendant on a platform on the outer Continental Shelf offshore Louisiana. Plaintiff alleges that Decedent was a seaman, and she asserts claims against Defendant under the Jones Act, the general maritime law, and the common law. Plaintiff alleges that Decedent's death was a consequence of the negligence, negligence per se, and gross negligence of Defendant.

Defendant contends that Decedent did not have seaman status and therefore cannot seek remedies under the Jones Act, Defendant contends Plaintiff's claims for general maritime negligence against Defendant are otherwise barred by the applicable workers' compensation exclusive remedy. Defendant contests the nature, extent, and cause of the damages.

(5)   A listing of any discovery that remains to be done.

The following discovery remains to be completed: written discovery between the parties, records discovery from third-party fact witnesses, depositions of party and third-party witnesses with knowledge of relevant facts, and depositions of experts. The parties believe this discovery can be completed by July 7, 2023.

(6)   A description of the status of any settlement negotiations.

None.

                    Respectfully submitted,

**BROWN SIMS**

By: _____
    Allen D. Hemphill
    Attorney-in-Charge
    Texas Bar No. 00796740
    S.D. Bar No. 35337
    1177 West Loop South, Tenth Floor
    Houston, Texas 77027-9007
    Tel: (713) 629-1580
    Fax: (713) 629-5027
    ahemphill@brownsims.com

**ATTORNEY FOR DEFENDANT
GRAND ISLE SHIPYARD, LLC**

Of Counsel:

BROWN SIMS
Kenneth G. Engerrand
Texas Bar No.00619500
S.D. Bar No. 2078
1177 West Loop South, Tenth Floor
Houston, Texas 77027-9007
Tel: (713) 629-1580
Fax: (713) 629-5027
kengerrand@brownsims.com

BROWN SIMS
Thear J. Lemoine (26383)
365 Canal St., Suite 2900
New Orleans, Louisiana 70130
Tel: (504) 569-1007
Fax: (504) 569-9255
tlemoine@brownsims.com

3

**KENNARD LAW, P.C.**

By: /s/ Ellen Sprovach
    Alfonso Kennard, Jr.
    Texas Bar No. 24036888
    S.D. Texas 713316
    Ellen Sprovach
    Texas Bar No. 24000672
    S.D. Texas No. 22202
    5120 Woodway Dr., Suite 10010
    Houston, Texas 77056
    Tel: (713) 742-0900
    Fax: (832) 558-9412
    Alfonso.kennard@kennardlaw.com
    Ellen.sprovach@kennardlaw.com

**ATTORNEYS FOR PLAINTIFF**

Of Counsel:

BRENER & KRAUS LAW FIRM, LLC
Susannah C. McKinney (24349)
3640 Magazine Street
New Orleans, Louisiana 70115
Tel: (504) 302-7802
Fax: (504) 304-4759
smckinney@brenerlawfirm.com

4

---

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing pleading has been served on all known counsel of record this 23rd day of September 2022, by CM/ECF filing.

_____
Allen D. Hemphill